# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

July 18, 2012

**Via ECF**
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Hamze Chehab*, 07-CR-163 (SLT)
            **Request to Travel**

Dear Judge Townes:

      Rubinstein & Corozzo LLP represents Hamze Chehab in the above entitled matter. Mr. Chehab respectfully requests permission to travel from August 10 through August 31, 2012 to Beirut, Lebanon. Mr. Chehab plans to travel to Beirut to visit his family members, including his brother Sami who is currently recovering from heart surgery, and to attend the family's memorial celebration for his brother Mohammad Chehab who recently passed away. Mr. Chehab will travel alone and plans to stay with his wife and her father for a portion of the trip and with his brother Hussein Chehab for the remainder of his trip. If his request is granted, Mr. Chehab will proceed in booking his trip and will provide Pre-trial Services the details of his travel plans, including flight information and specific addresses of where he will be staying.

      For the Court's information, two prior travel requests by Mr. Chehab have been granted. The first request was granted by Your Honor March 24, 2009 for travel to Michigan from April 7 through April 14, 2009. The second travel request was granted by Your Honor July 24, 2009 for travel to Beirut, Lebanon from August 1 through August 25, 2009.

      The Government (by AUSA Ali Kazemi) has no objection to this request. Likewise, Officer Ryan Lehr of Pre-trial Services was contacted and took no position.

      Thank you for your time and consideration of this request.

                                Very truly yours,

                                Carla Sanderson

CC:    All United States attorneys via ECF
         PTS Officer Ryan Lehr via fax (718) 613 - 2568

The application is  X granted.
___ denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated July 26, 2012
Brooklyn, New York