# RUBINSTEIN & COROZZO LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
AGATHA M. COLE

260 MADISON AVENUE
NEW YORK, NY 10016

PHONE (212) 545-8777
FAX (917) 772-8206

March 21, 2015

*Via ECF*
The Hon. Sandra L. Townes
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:     TRAVEL REQUEST FOR HAMZE CHEHAB (07-CR-163)

Dear Judge Townes:

Mr. Chehab respectfully requests the Court's permission to travel and visit family in Beirut, Lebanon, from April 12 through May 5, 2016.

Although such requests are ordinarily granted without the Court's involvement, Mr. Chehab's situation is slightly different as his probation is now being carried out in the District of New Jersey. Mr. Chehab's parole officer—Ms. Evette Perez, of the U.S. Probation Office in the District of New Jersey—does not object to this request, but has asked him to seek this Court's approval for international travel.

The Court has previously approved travel requests from Mr. Chehab on six prior occasions, including several similar trips to visit his numerous relatives in Lebanon. The first was granted by Your Honor March 24, 2009 for travel to Michigan in April 2009. The second request was granted by Your Honor on July 24, 2009 for travel to Beirut, Lebanon in August 2009. The third request was granted by Your Honor on July 26, 2012 for travel to Beirut, Lebanon in August 2012. The fourth request was granted by Your Honor on December 21, 2013 for travel to Michigan from December 20, 2012- January 2, 2013. The fifth was granted by Your Honor on August 8, 2013 for travel to Michigan in August 2013. The sixth and most recent request was granted for travel to Benin and Lebanon, on April 2, 2015. The Government also consented to these requests, as was necessary during the pre-trial phase of Mr. Hamze's case, and there is no reason to believe they would object to the instant application.

If this request is granted, Mr. Chehab will provide the details of his travel plans to his probation officer, just as he has in the past.

Thank you for your time and consideration.

                                              Very truly yours,

                                              /s/ Ronald Rubinstein
                                            RONALD RUBINSTEIN